UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEMS,

      Plaintiff,

vs.                                                                                                      No. 09-CV-00300 MV/RLP

THORNBURG MORTGAGE, INC., *et al.*,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion to Transfer Case No. 09-CV-300 to Judge Browning for Coordination with Related Case No. 07-CV-00815, filed April 29, 2009 **[Doc. No. 26]**. The Court, having considered the motion, briefs, relevant law and being otherwise fully informed, finds that Plaintiff's motion is well-taken and will be **GRANTED**.

      DATED this 22nd day of October, 2009.

                                                                          _____
                                                                         **MARTHA VAZQUEZ**
                                                                         **Chief United States District Judge**