# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Client Matter No.: T 18300-00210

Robert F. Serio
Direct: +1 212.351.3917
Fax: +1 212.351.5246
RSerio@gibsondunn.com

March 18, 2010

Honorable James O. Browning
United States District Judge
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW
Albuquerque, NM 87102

Re: *Genesee County Employees' Retirement System v. Thornburg Mortgage, Inc. et al.*
No. CIV-09-0300 JB/RLP

Dear Judge Browning:

Gibson, Dunn & Crutcher LLP represents the following defendants in the above-captioned action: Credit Suisse First Boston Mortgage Securities Corp., Greenwich Capital Acceptance, Inc., Structured Asset Mortgage Investments II, Inc., Credit Suisse Securities (USA) LLC, Greenwich Capital Markets, Inc. [now known as RBS Securities, Inc.], Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Thomas Zingalli, Robert J. McGinnis, Carol P. Mathis, Joseph N Walsh III, John C. Anderson, and James Esposito.

In response to the Court's March 15, 2010 letter, we are writing to advise the Court that Gibson Dunn does not represent Browning Investment Company ("BIC"). Gibson Dunn does not consider BIC to be a client and does not list BIC in its conflicts system.

Respectfully submitted,

Robert F. Serio

RFS/jwm
cc: Counsel of Record (via ECF)