# MORRISON | FOERSTER

March 19, 2010

Writer's Direct Contact
212.468.8238
JHaims@mofo.com

Via U.S. Mail and E-mail

The Honorable James O. Browning
United States District Judge
United States District Court
333 Lomas Blvd N.W., Ste 660
Albuquerque New Mexico 87102
browningchambers@nmcourt.fed.us

Re: *Genesee County Employees' Retirement System v. Thornburg Mortgage, Inc., et al.*,
No. 09-CV-300 (JOB)

Dear Judge Browning:

Morrison & Foerster LLP represents defendants Thomas Marano and Michael Nierenberg in the above-captioned action.

In response to the Court's March 15, 2010 letter, we are writing to advise the Court that, Morrison & Foerster currently does not represent Oxy USA, Inc. or Devon Energy Production, Co. LP. Also, since this case was filed, Morrison & Foerster has not performed any work for either Oxy USA, Inc. or Devon Energy Production Co., LP.

In addition, we searched our conflicts system and client database, and can confirm that Browning Investment Company is not and has never been a client of Morrison & Foerster.

Respectfully submitted,

Joel C. Haims

cc: Counsel of Record (via e-mail)

ny-916432