COMEAU, MALDEGEN, TEMPLEMAN & INDALL,   Post Office Box 669
LLP, Attorneys at Law

Santa Fe, New Mexico 87504-0669

# FAX

Date: **April 9, 2010**

Number of pages including cover sheet:  **2**

To:     **Honorable James O. Browning**

Phone:    **505/348-2280**

Fax phone:   **505/348-2285**

Client No. **1657-00**

From:   **Grey Handy**

Phone:    **(505) 982-4611**

Fax phone:   **(505) 988-2987**

Will call to verify receipt ___Yes ___No

Will be sent Regular U.S. Mail ___Yes ___No

**REMARKS:**    ☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

The information contained in this facsimile message is attorney/client privileged and confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you

R JCB
4/12/10

## COMEAU, MALDEGEN, TEMPLEMAN & INDALL, LLP

*Attorneys at Law*
*Coronado Building, 141 E. Palace Avenue*
*Post Office Box 669*
*Santa Fe, New Mexico 87504-0669*
*Telephone (505) 982-4611*
*Facsimile (505) 988-2987*

Grey Handy
Direct Dial: (505)216-3080
E Mail: ghandy@cmtisantafe.com

*G. Stanley Crout*
*1937-1987*

*Charles D. Olmsted*
*1925-1991*

April 9, 2010

**Via Facsimile & First Class Mail**

Honorable James O. Browning
United States District Judge
United States District Court
District of New Mexico
Pete V. Domenici United States Courthouse
333 Lomas Blvd., N.W., Suite 660
Albuquerque, New Mexico 87102

Re: *Genessee County Employees' Retirement System v. Thornburg Mortgage*, Cause No. CIV-09-0300 JB/RLP

Dear Judge Browning:

We represent the defendant Fitch, Inc. in this litigation. In response to your February 16, 2010 letter, we are writing to advise the Court that our firm does not represent, and has not represented, any of the entities or persons identified in the letter.

Please let me know if there are any further questions.

Sincerely,

Grey Handy

GH/sad
cc:   All Counsel of Record, via e-mail

K:\FITCH RATINGS 1657-09\Letters\Judge Browning_4-06-10.doc

**MERITAS** LAW FIRMS WORLDWIDE