UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285

JAMES O. BROWNING
District Judge

September 27, 2011

**VIA CM/ECF**

David J. Goldsmith
Laura Killian Mummert
Paul Scarlato
Stefanie J. Sundel
Thomas A. Dubbs
Labaton Sucharow, LLP
140 Broadway
New York, New York 10005

William H. Carpenter
Carpenter Stout & Ransom, Ltd.
1600 University Boulevard, N.E., #A
Albuquerque, New Mexico 87102

Darren J. Robbins
Jonah H. Goldstein
Danielle S. Myers
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, California 92101

Jeffrey Richmond
Heller Ehrman, LLP
333 South Hope Street, 39th Floor
Los Angeles, California 90071-3043

Victor R. Ortega
Jaime Rae Kennedy
Montgomery & Andrews, P.A.
325 Paseo de Peralta
Post Office Box 2307
Santa Fe, New Mexico 87504-2307

Robert F. Serio
Aric H. Wu
Jason W. Myatt
Jonathan C. Dickey
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 49th Floor
New York, New York 10166-0193

Dean J. Kitchens
Gibson, Dunn & Crutcher, LLP
333 Grand Avenue, 51st Floor
Los Angeles, California 90071

Dani R. James
Jade A. Burns
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

Counsel of Record
Re: Genesee County Employees' Retirement System v. Thornburg Mortgage,
    No. CIV 09-0300 JB/KBM
September 27, 2011
Page 2

Allison Schnieders
Joel Haims
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104

Candace Camarata
Richard Edlin
Ronald Lefton
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166

Eric R. Burris
Brownstein Hyatt Farber Schreck
201 Third Street, N.W., Suite 1700
Albuquerque, New Mexico 87102

Jim Dines
Dines & Gross, P.C.
6301 Indian School Road, N.E., Suite 900
Albuquerque, New Mexico 87110

Bradley J. Butwin
Jonathan Rosenberg
William J. Sushon
O'Melveny & Myers, LLP
Seven Times Square
New York, New York 10036

Luis G. Stelzner
Robert P. Warburton
Stelzner, Winter, Warburton, Flores,
Sanchez & Dawes, P.A.
302 8th Street, N.W., Suite 200
Post Office Box 528
Albuquerque, New Mexico 87103

James J. Coster
Josh M. Rubins
Saterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, New York 10169

Floyd Abrams
Adam Zurofsky
Christopher A. Gorman
Tammy Lynn Roy
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, New York 10005

Mark F. Sheridan
Kristina Martinez
Holland & Hart, LLP
Post Office Box 2208
Santa Fe, New Mexico 87504-2208

Michael R. Comeau
Marshall G. Martin
Comeau, Maldegen, Templeman &
   Indall, LLP
Post Office Box 669
Santa Fe, New Mexico 87504-0669

Andrew J. Ehrlich
Jason D. Williamson
Martin Flumenbaum
Julian Wood
Paul, Weiss, Rifkind, Wharton &
   Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064

Re: Genesee County Employees' Retirement System v. Thornburg Mortgage,
    No. CIV 09-0300 JB/KBM

Counsel of Record
Re: <u>Genesee County Employees' Retirement System v. Thornburg Mortgage,</u>
    No. CIV 09-0300 JB/KBM
September 27, 2011
Page 3

Dear Counsel:

I want to bring one matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

I had educational savings accounts for two of my children at A.G. Edwards, and a while back, had a third. My father also had educational accounts for my children at A.G. Edwards, for which I gave him the money. I think my father's accounts for my children are exhausted. I also established Roth IRA's for my children at A.G. Edwards, and the accounts remain there. The two remaining education accounts and the three IRA's contain money and investments in mutual funds. It is my understanding that Wachovia and now Wells Fargo has taken over A.G. Edwards. I also have a checking account and my mortgage at Wells Fargo. Furthermore, I recently bought a second house, and I attempted to use Wells Fargo on that mortgage as well; I ended up, however, using First National Bank of Santa Fe. I do not own any stock in Wachovia or in Wells Fargo.

I believe that I can continue to be fair and impartial. If anyone, however, has any questions about the above, please let my Courtroom Deputy Clerk, K'Aun Wild, know, and we can perhaps have a conference call. I have instructed Mrs. Wild not to tell me who may call.

Best regards.

Sincerely,

James O. Browning
United States District Judge