**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 25 2013

MATTHEW J. DYKMAN
CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al., On Behalf of Themselves and All Others Similarly Situated, ) | No. 1:09-cv-00300-JB-KBM |
| Plaintiffs, ) | CLASS ACTION |
| ) | [~~PROPOSED~~] JUDGMENT |
| vs. ) | |
| THORNBURG MORTGAGE, INC., et al., ) | |
| Defendants. ) | |

FINAL
2/25/13

Lead Plaintiffs having moved for Final Approval of Class Action Settlement; Lead Counsel having moved for an award of attorneys' fees and expenses, and the matter having come before the Honorable James O. Browning, United States District Judge, and the Court, on *Feb. 25*, 2013, issued its Final Order and Judgment, and granting Lead Counsel's application for an award of attorneys' fees and expenses, and directing the Clerk of the Court to close this motion, this case, and all related cases, it is

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Final Order and Judgment dated *Feb. 25*, 2013, Lead Plaintiffs' motion for Final Approval of Class Action Settlement is granted; and Lead Counsel's application for an award of attorneys' fees and expenses is granted; accordingly, this case, and all related cases are closed.

DATED: *2/25*, 2013

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

- 1 -